UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:                                                                    CHAPTER 7

   Cirilo Mata,                                                     **NOTICE OF APPEARANCE**

                            Debtor.                         Case No.: 22-22324-shl
-----------------------------------------------------------X

**PLEASE TAKE NOTICE,** that U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-16N, hereby appears in this action and the undersigned has been retained as attorneys and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Bay Shore, New York
       October 17, 2022

                                        Frenkel, Lambert, Weiss, Weisman & Gordon, LLP

                                        By: s/Karen Sheehan
                                        Karen Sheehan, Esq.
                                        53 Gibson Street
                                        Bay Shore, New York 11706
                                        (631) 969-3100
                                        Our File No.:01-084258-B00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | |
|---|---|
| IN RE: | CASE NO.: 22-22324-shl |
| Cirilo Mata, | CHAPTER 7 |
| Debtor. | Judge: Sean H. Lane |

----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Karen Sheehan, do certify that on October 17, 2022, I electronically filed the within Notice of Appearance in the above titled case with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:

Ortiz & Ortiz, LLP
Attorney for the debtor
email@ortizandortiz.com

Marianne T. O'Toole
Trustee
trustee@otoolegroup.com


                S/ Karen Sheehan
                Karen Sheehan